IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CAROL DEMAIO,                              *
                                          *
        Plaintiff,                        *
                                          *
v.                                        *        CASE NO.:  23-cv-00084-WS-C
                                          *
STATE FARM FIRE AND CASUALTY              *
COMPANY,                                  *
                                          *
        Defendant.                        *

**UNOPPOSED MOTION TO AMEND COMPLAINT**

COMES NOW the Plaintiff, CAROL DEMAIO, and moves the Court to allow her to amend her Complaint as shown in Exhibit "A".  In support thereof, Plaintiff shows as follows:

1. At the close of discovery and in an effort to narrow the issues in this case, counsel for Plaintiff and counsel for Defendant met to discuss the parties' differences and the possibility of settlement.  Plaintiff agreed to dismiss her claim for bad faith.

2. In accordance *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004), the proper method of dismissing less than all claims against a defendant is by amended complaint.

3. Accordingly, Plaintiff seeks leave from this Court to amend her Complaint by filing the attached Exhibit A, which maintains Plaintiff's cause of action for breach of contract but does not include Plaintiff's cause of action for bad faith.

4. Defendant does not oppose this motion.

1

**s/A. Smith Prestwood**
A. SMITH PRESTWOOD (PRE026)
Attorney for Plaintiff
Prestwood Law Firm, LLC
Post Office Box 1556
Fairhope, Alabama 36533
Phone:  (251) 929-4092
Fax:  (251) 929-4132
Email:  smith@prestwoodfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 4th day of January, 2024, served a copy of the foregoing pleading by electronic filing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Thomas Ryan Luna
Samantha N. Gunnoe
Post Office Box 2767
Mobile, Alabama 36652
Email: trl@helmsinglaw.com
        sng@helmsinglaw.com

**/s/ A. Smith Prestwood**
A. Smith Prestwood