# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CAROL DEMAIO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 23-0084-WS-C |
| | ) |
| STATE FARM FIRM AND CASUALTY COMPANY, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

The parties have notified the Court that this action has settled. (Doc. 57). Accordingly, this action is **dismissed with prejudice** from the active docket of the Court, provided that any party may reinstate the action within thirty days from the date of entry of this order if the settlement agreement documentation is not consummated.

No further order shall be forthcoming from the Court except upon application by any party for final judgment as prescribed by Rule 58.

DONE and ORDERED this 5th day of April, 2024.

                                              s/ WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE